```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

IN RE CLARENCE DENNIS

25-mc-37 (JGK)

ORDER

------------------------------------------------

JOHN G. KOELTL, District Judge:

The pro se plaintiff has filed a "motion regarding trust documents." ECF No. 1. These documents appear to relate to a trust, the Clarence Dennis Trust, created on June 14, 2020.

As an initial matter, to the extent that the pro se plaintiff seeks to bring this action on behalf of the Trust, the case cannot proceed. 28 U.S.C. § 1654, which governs appearances in federal court, "does not permit unlicensed laymen to represent anyone else other than themselves." Lattanzio v. COMTA, 481 F.3d 137, 139 (2d Cir. 2007). Because this rule "applies equally to all artificial entities," "a layperson may not represent a separate legal entity such as a corporation." Id. (internal citation omitted). Accordingly, "a nonlawyer trustee cannot bring claims on behalf of a trust." Nasledie Davudova Express Trust v. JP Morgan Chase Bank, No. 24-cv-7633, 2024 WL 4769687, at *2 (S.D.N.Y. Nov. 13, 2024); see also, e.g., Bell v. South Bay European Corp., 486 F. Supp. 2d 257, 259-60 (S.D.N.Y. 2007) ("A trust is deemed an artificial entity for the purposes of the rule barring a nonlawyer trustee from representing the interests of the trust.").

Moreover, the plaintiff's application does not appear to seek any cognizable relief.

Therefore, the plaintiff's application is **dismissed without prejudice**. The Clerk is directed to close this case.

The Clerk is also respectfully directed to mail a copy of this Order to the pro se plaintiff.

SO ORDERED.

Dated:   New York, New York
         February 3, 2025

_____
John G. Koeltl
United States District Judge